Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SMITH, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 15, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Erie County Court, rendered December 22, 1923, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Michael A. Crage* and *Michael J. Maher* for appellant.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JOHN P. BAKER, as Administrator of the Estate of JOHN P. BAKER, JR., Deceased, Respondent, v. DINGWELL BROS., INC., Appellant, Impleaded with Another.

*Negligence — motor vehicles — collision of two automobile trucks — action to recover for death of boy who, riding on one of trucks without permission, was thrown therefrom and killed.*

*Baker* v. *Dingwell Bros., Inc.*, 208 App. Div. 834, affirmed.

(Submitted October 15, 1924; decided November 25, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The plaintiff's intestate was riding without permission upon an automobile truck owned by the defendant Franklin Office Furniture Company. This truck and another owned by the defendant Dingwell Bros., Inc., collided at the intersection of Eighth avenue and Four-

teenth street, in the borough of Brooklyn, city of New York, the plaintiff's intestate was thrown to the street and thereafter run over by the truck belonging to the defendant, appellant, and as a, result of the injuries sustained died.

*Julian S. Eaton, Martin B. Faris* and *William M. Richardson* for appellant.

*G. Everett Hunt, Maurice Brandt* and *Julius B. Baer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.

---

MARGARET E. WOOLLEY, an Infant, by JAMES C. WOOLLEY, Her Guardian ad Litem, Appellant, *v.* COLSON AMUSEMENT COMPANY, Defendant, and LEONARD COLSON, Respondent.

*Negligence — corporations — officers — officer of corporation engaged in operation of carousel owned by it not personally liable for injury to rider through its negligent operation.*

*Woolley* v. *Colson Amusement Co.*, 206 App. Div. 721, affirmed.

(Argued October 15, 1924; decided November 25, 1924.)

APPEAL from a judgment, entered June 20, 1923, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint as to defendant, respondent, in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff, while riding on a carousel operated by defendant Colson Amusement Company, was injured by reason of its negligent operation. The Appellate Division held that the defendant, respondent, who was at the time of the accident president of the corporation and who superintended the operation of the carousel, could not be held personally liable for the plaintiff's injuries.